No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

**Clarence Alton TATE, Appellant.**

**v.**

**The STATE of Texas, Appellee.**

**No. 27246.**

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

## PER CURIAM.

Appellant was convicted of the felony offense of driving, while intoxicated, a motor vehicle upon a public highway, with punishment assessed at a fine of $250.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.